An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEE MICHAEL SCHULTZ,
      Appellant,

vs.

THE STATE OF NEVADA,
      Respondent.

No. 68604

**FILED**

OCT 06 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a district court order dismissing without prejudice a post-conviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

On July 21, 2015, the district court issued an order dismissing without prejudice appellant's post-conviction petition for writ of habeas corpus, but granted him leave to file an amended petition. Thus, the July 21, 2015, order was not a final appealable order, and appellant's notice of appeal is premature. *See* NRS 177.015(3). Because appellant failed to designate an appealable order, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-30266

cc: Hon. William D. Kephart, District Judge
Lee Michael Schultz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk